John A. Girardi, State Bar No.54917
jgirardi@girardikeese.com
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213-977-0211
Facsimile: 213-481-1554

Attorneys for Individual and Representative
Plaintiff Angela Gaspar and Darrin Willard

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA GASPAR and DARRIN WILLARD, on behalf of Themselves and all others similarly situated,, <br><br>   Plaintiff, <br><br> vs. <br><br> AT & T MOBILITY, LLC, AT & T INC., and DOES 1-100, <br><br>   Defendants. | CASE NO.   2:10-cv-02136-DSF-SS <br><br> PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION <br><br> RESPONSE DUE:  April 26, 2010 <br> Courtesy Copy to Chambers <br> Courtroom 840 |

This class action complaint arises from defendants' business policy to refuse to pro-rate service charges for wireless voice and data communications services during the final billing cycle regardless of the date of cancellation or the reason for cancellation and regardless of the date upon

1

which the consumer's wireless service is terminated.

The complaint was filed on March 24, 2010.

On April 9, the Court issued an Order to Show Cause relating to the basis of diversity jurisdiction.

Subsequent to the issuance of that order counsel for plaintiffs and counsel for defendants executed a stipulation extending the defendants' time to respond to the complaint to May 26, 2010.

The plaintiffs would propose amending their complaint by deleting the language of paragraphs 24 and 25 and replacing it with the following:

24. Defendant AT&T Mobility, LLC is a provider of wireless voice and data communications services in the United States. Defendant AT&T Mobility, LLC is a Delaware limited liability company and maintains its principal place of business or nerve center, from which its officers direct, control and coordinate its activities, in Atlanta, Georgia. On information and belief, approximately 70 executives of AT&T Mobility, LLC's operate from its Atlanta, Georgia location.

25. Defendant AT&T Mobility, LLC is the wholly-owned wireless subsidiary of Defendant AT&T Inc. Defendant AT&T Inc. maintains its principal place of business or nerve center, from which its officers direct, control and coordinate its activities, in Dallas, Texas. On information and belief, AT&T Inc. employs approximately 590 people, including 173 executives, at its Dallas, Texas location.

It is respectfully suggested that this language more fully articulates the location of the defendants applying the "nerve center" test articulated in <u>Hertz Corporation v. Friend,</u> 210 WL 605601.

It is respectfully suggested, however, that the plaintiffs be allowed additional time to amend until they have received their first responsive pleading from the defendants. If the defendants indicate that they would intend to answer the plaintiffs would promptly amend the complaint including the new language. If the defendants indicate that it is their intention to file some responsive pleading other than an answer then plaintiffs would propose waiting on this amendment until such time as the Court would suggest a further substantive amendment is necessary. If the Court after hearing should find that the complaint, with the exceptions of paragraphs 24 and 25, is adequately pled then the plaintiff would amend the language of paragraphs 24 and 25 at that time before the defendants' answered.

DATED: April 26, 2010                    Girardi | Keese


                                         By: _____
                                             John A. Girardi
                                             Attorneys for Plaintiffs